# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**THELMA WILLIAMS**                                                                              **PLAINTIFF**

**VS.**                                              **4:16-CV-655-BRW-BD**

**PARKER, et al.**                                                                              **DEFENDANTS**

## ORDER

The Court has received and reviewed the Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After a careful consideration of the Recommendation, Mr. Williams's timely objections, and a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Williams may proceed on his deliberate-indifference claims against Defendants Brainn, Davis, and Balden. All remaining claims and Defendants are DISMISSED from this lawsuit.

IT IS SO ORDERED, this 6th day of December, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE