IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THELMA WILLIAMS                                                                      PLAINTIFF

VS.                                      4:16-CV-00655-BRW-BD

PARKER, *et al.*                                                                     DEFENDANTS

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Mandri's motion to dismiss (docket entry #36) is GRANTED and claims against her, as well as all claims against all other Defendants, are DISMISSED without prejudice, based on Mr. Williams's failure to comply with the Court's order and his failure to prosecute this lawsuit.

The Clerk is directed to close this case.

IT IS SO ORDERED, this 11th day of May, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE